UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL E. NELSON, | No. 2:21-cv-01372-MCE-JDP |
| Plaintiff, | |
| v. | **ORDER** |
| PHH MORTGAGE CORPORATION, successor by merger to Ocwen Loan Servicing, LLC, | |
| Defendant. | |

Plaintiff Carl E. Nelson ("Plaintiff") seeks to recover from Defendant PHH Mortgage Corporation ("Defendant") for injuries sustained when its predecessor Ocwen Loan Servicing, LLC ("Ocwen") was the servicer of Plaintiff's mortgage. Presently before the Court is Defendant's Motion to Dismiss. ECF No. 4.[1]

Plaintiff contends, among other things, that he was advised in 2013 that the loan had been paid in full as part of a global regulatory settlement. He then further alleges that in 2016, Ocwen denied that any such discharge occurred and attempted to collect on the loan, the balance of which had since been increased by penalties and interest due to Plaintiff's purported non-payment. Because there is no dispute that two- and

---

[1] Because oral argument would not be of material assistance, the Court ordered this matter submitted on the briefs. See E.D. Cal. Local R. 230(g).

1

three-year statues of limitations apply to all of Plaintiff's causes of action, this case, which was initiated on August 2, 2021, is untimely.  Indeed, according to the Complaint, by 2016, Plaintiff had both actual knowledge of the facts on which his current claims rested and had suffered damages, given that the substantial amounts Ocwen claimed were owing.  Defendant's Motion is thus GRANTED with leave to amend.[2]  Not later than twenty (20) days following the day this Order is electronically filed, Plaintiff may, but is not required to, file an amended complaint.  Failure to timely file an amended pleading will result in dismissal of this action with prejudice upon no further notice to the parties.

    IT IS SO ORDERED.

Dated:  January 5, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

---

[2] Because the Court does not rely on newly raised arguments included in Defendant's Reply, Plaintiff's Objection and Request to Strike (ECF No. 11) is DENIED as moot.