## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**CARL E. NELSON,**

CASE NO: **2:21–CV–01372–MCE–JDP**

v.

**PHH MORTGAGE CORPORATION,**

---

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 12/20/2022**

**Keith Holland**
Clerk of Court

ENTERED: **December 20, 2022**

by: /s/ E. Rodriguez
Deputy Clerk