Robert W. Norman, Jr. (SBN 232470)
Alexandra Coronado King (SBN 346621)
HOUSER LLP
9970 Research Drive
Irvine, California 92618
Telephone: (949) 679-1111
Facsimile: (949) 679-1112
E-Mail: rnorman@houser-law.com
E-Mail: acoronadoking@houser-law.com

*Attorneys for Defendant, PHH Mortgage Corporation, successor by merger to Ocwen Loan Servicing, LLC*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL E. NELSON, an individual, | Case No.: 2:21-cv-01372-MCE-JDP |
| Plaintiff, | Hon. Morrison C. England, Jr. |
| vs. | **ORDER GRANTING JOINT STIPULATION ON THE PARTIES PROPOSED DISCOVERY TIMELINE** |
| PHH MORTGAGE CORPORATION, successor by merger to OCWEN LOAN SERVICING, LLC, a foreign corporation, | |
| Defendant. | Complaint Filed: August 2, 2021<br>Trial Date: None Set |

The Court, having reviewed the joint stipulation of the parties, and good cause appearing, orders that the parties' joint request is GRANTED, and the discovery timeline shall be:

      **a.** June 28, 2024    Initial Disclosures

      **b.** January 31, 2025    Opening Expert Disclosures

      **c.** March 7, 2025    Rebuttal Expert Disclosures

      **d.** April 4, 2025    Expert Discovery Cutoff

1   **e.** April 4, 2025       Fact Discovery Cutoff (excluding motions)

2   **f.** May 20, 2025       Last Day to Hear Motions re Fact Discovery

3   **g.** April 25, 2025      Last Day to File Dispositive Motions

4   **h.** May 30, 2025       Dispositive Motion Hearing

**i.** Not later than thirty (30) days after receiving this Court's ruling on the last filed dispositive motion or, if no dispositive motion is filed, not later than thirty (30) days following the dispositive motion deadline, the parties shall file a Joint Notice of Trial Readiness. The parties are to set forth in their Notice of Trial Readiness, the appropriateness of special procedures, whether this case is related to any other case(s) on file in the Eastern District of California, the prospect for settlement, their estimated trial length, any request for a jury, and their availability for trial. After review of the parties' Joint Notice of Trial Readiness, the Court will issue an order that sets forth new dates for a final pretrial conference and trial.

IT IS SO ORDERED.

Dated:  June 3, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

ORDER
2